# EXHIBIT 18



James H. Kaster
Direct: (612) 256-3202
Fax: (612) 338-4878
kaster@nka.com

4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

February 7, 2019

**VIA EMAIL ONLY**

Scott P. Moore
Allison Balus
David Kennison
Baird Holm, LLP
1700 Farnam Street
1500 Woodmen Tower
Omaha, NE 68102-2068

Re: *Harris, et al. v. Union Pacific Railroad Company*

Dear Counsel:

In light of the Court's Memorandum and Order dated February 5, 2019 (ECF No. 307), I hereby request a current class list with updated address information for each of the class members. This list is necessary for the required Notice.

Thank you for your prompt attention to this request.

Sincerely,

NICHOLS KASTER, PLLP

James H. Kaster

JHK/kjp

www.nka.com