IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD DEGEER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　　Defendant. | 8:23CV10<br><br><br>**JUDGMENT** |

　　In accordance with the Memorandum and Order entered today (Filing No. 51), judgment is entered in favor of defendant Union Pacific Railroad Co. and against plaintiff Todd DeGeer.  *See* Fed. R. Civ. P. 58(a).  This case is dismissed with prejudice.

　　Dated this 21st day of June 2023.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter Jr.*
　　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge