IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Todd DeGeer,<br><br>        Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Co.,<br><br>        Defendant. | Case No. 8:23-cv-00010-RFR-SMB<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Todd DeGeer, by and though his undersigned counsel, appeals to the United States Court of Appeals for the Eight Circuit from the Judgment entered in this action on June 21, 2023 (ECF No. 52) and from the Memorandum and Order entered in this action on June 21, 2023 (ECF No. 51).

Date: July 12, 2023

**NICHOLS KASTER, PLLP**

s/James H. Kaster
James H. Kaster* (MN 53946)
    kaster@nka.com
Lucas J. Kaster* (MN 396251)
    lkaster@nka.com
Jacob C. Harksen* (MN 0400097)
    jharksen@nka.com
80 South Eighth Street
4700 IDS Center
Minneapolis, MN 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

* *admitted in D. Neb.*

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

      I hereby certify that I have filed or served copies of this Notice of Appeal upon the United States District Court for the District of Nebraska and all counsel of record electronically using the CM/ECF system.

Dated: July 12, 2023                                          s/James H. Kaster
                                                                                              James H. Kaster