IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TODD DEGEER,

Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

Defendant.

**8:23CV10**

**SEVENTH AMENDED FINAL PROGRESSION ORDER**

IT IS ORDERED that the parties' Joint Motion to Modify Sixth Amended Final Progression Order is granted for good cause shown. (Filing No. 165). The Sixth Amended final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference set for **July 21, 2026**, at **11:00 a.m**. is **continued.** A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings scheduled is set for **November 6, 2026,** at **10:00 a.m.** by telephone with magistrate judge Ryan C. Carson. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 75).

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is June 30, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by July 14, 2026.

   **Note:** A discovery motion (including a motion to compel, to quash, or for a disputed protective order, or any motion regarding the scope and production of ESI) cannot be filed without first: a) thoroughly discussing the issue with opposing counsel in good faith (NECivR 7.1(j)); and then b) contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute. The failure to contact the court prior to filing a discovery motion may result in an order striking the motion.

1

3)      The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 31, 2026.

4)      The deadline for filing motions to dismiss and motions for summary judgment is October 30, 2026.

5)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 30, 2026.

6)      Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7)      The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)      Deadlines not specifically amended by this order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 8th day of July, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge